United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Hartford Fire Insurance Company, Plaintiff, <br><br> v. <br><br> Tederra Sims, Defendant. | ) <br> ) <br> ) Civil Action No. 23-60810-Civ-Scola <br> ) <br> ) <br> ) |

### Order Adopting the Magistrate Judge's
### Report and Recommendations

Previously, the Court referred the Plaintiff Hartford Fire Insurance Company's motion for default judgment against the Defendant Tederra Sims (Pl.'s Mot., ECF No. 13) to United States Magistrate Judge Jonathan Goodman for a report and recommendations. (Court's Ref., ECF No. 14.) Thereafter, Judge Goodman issued a report, recommending that the Court deny the motion without prejudice. (Rep. & Rec., ECF No. 15.) No objections have been filed and the time to do so has passed.

The Court has considered Judge Goodman's report, the record, and the relevant legal authorities and agrees with his findings and conclusions: the Plaintiff's motion, containing no analysis, no law, and no citations to the record, is deficient. The Court therefore **affirms and adopts** Judge Goodman's report and recommendations (**ECF No. 15**), thus **denying** the motion **without prejudice** (**ECF No. 13**).

The Plaintiff will have up to and including **December 21, 2023**, to file an amended motion for default judgment, which must take into account Judge Goodman's admonishments. The Court forewarns the Plaintiff that failure to abide by those instructions may result in the denial of its motion or dismissal of its case. In addition, failure to file an amended motion by December 21, 2023, will result in a **dismissal without prejudice**.

Finally, the Court directs the Clerk to **mail copies of this order** to any Defendant who has not appeared at the address(es) listed below.

**Done and ordered** in Miami, Florida, on December 14, 2023.

Robert N. Scola, Jr.
United States District Judge

*Copies via U.S. mail to:*
Tederra Sims
4281 N.W. 36th Way
Fort Lauderdale, FL 33309