United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Hartford Fire Insurance Company, )<br>Plaintiff, )<br> )<br>v. )<br> )<br>Tederra Sims, Defendant. ) | Civil Action No. 23-60810-Civ-Scola |

### Order Adopting Magistrate Judge's Report And Recommendation

 This cause comes before the Court on the Plaintiff Hartford Fire Insurance Company's amended motion for default judgment against the Defendant Tederra Sims. (Pl.'s Mot., ECF No. 18.) The motion was referred to United States Magistrate Judge Jonathan Goodman for a report and recommendations. (Court's Ref., ECF No. 19.) The Plaintiff had previously moved for default judgment. (ECF No. 13.) However, due to the deficiencies of the prior motion, Judge Goodman recommended the Court deny the motion without prejudice. (ECF No. 15.) The Court affirmed and adopted Judge Goodman's report and recommendations, thus denying the Plaintiff's motion without prejudice. (ECF No. 16.) The Plaintiff then filed the amended motion for default judgment (ECF No. 18), and Judge Goodman issued a report recommending the Court grant the Plaintiff's amended motion in part and deny in part its request for attorneys' fees and costs. (ECF No. 22.) The Defendant did not file objections.

 A district court judge must conduct a de novo review of only "those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636. Where no objections are made, a report may be adopted in full without conducting a de novo review, provided no plain error exists. *See id.*; *Menendez v. Naples Cmty. Hosp. Inc.*, No. 2:20-CV-898-SPC-MRM, 2021 U.S. Dist. LEXIS 215317, 2021 WL 5178496, at *1 (M.D. Fla. Nov. 8, 2021) (collecting cases).

 The Court has considered Judge Goodman's report, the record, and the relevant legal authorities. The Court finds Judge Goodman's report and recommendations cogent and compelling. The Court **affirms and adopts** Judge Goodman's report and recommendations. (**ECF No. 22**.) The Court **grants** Plaintiff's amended **motion** related to the issue of liability and awards it $134,184.20 ($125,000.00 in damages, $8,717.20 in attorney's fees, and $467.00 in costs), plus post-judgment interest. (**ECF No. 18**.) The Court **denies** Plaintiff's request for attorney's fees related to Caitlyn Goodwin and the costs

associated with postage fees. (**ECF No. 18**.) The Court directs the Clerk to **close** this case. All pending motions, if any, are denied as moot.

Therefore, the Court being otherwise fully advised, it is hereby **ordered** and **adjudged** that **final** judgment is entered in favor of Plaintiff Hartford Fire Insurance Company. The Court orders the Defendant to pay the Plaintiff $134,184.20, plus post-judgment interest.

**Done and ordered** in Miami, Florida, on April 15, 2024.

Robert N. Scola, Jr.
United States District Judge